## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DANIEL KORZEP*
          Plaintiff

V.

CITIMORTGAGE INC.
          Defendant

CIVIL ACTION

NO.  18-11744-WGY

## SETTLEMENT ORDER OF DISMISSAL

YOUNG, DJ

The Court having been advised on October 1, 2019 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

10/2/2019
Date

/s/ Jennifer Gaudet
Deputy Clerk

*Claims were previously resolved as to all other plaintiffs.